

**NUMBER 13-07-00714-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

### IN THE INTEREST OF K.T., A MINOR CHILD

---

**On Appeal from the 267th District Court
of Victoria County, Texas.**

---

## MEMORANDUM OPINION

**Before Justices Rodriguez, Garza, and Vela
Memorandum Opinion Per Curiam**

Appellant, Brenda Castillo, attempts to appeal from a judgment terminating her parental rights to K.T., a minor child, on August 2, 2007. Appellant did not file a notice of appeal until October 22, 2007, and did not file a motion for extension of time to file her notice of appeal. We dismiss the appeal for want of jurisdiction.

In suits where the termination of parental rights is in issue, an appeal of a final order is governed by the rules for accelerated appeals in civil cases. *See* TEX. FAM. CODE ANN. §§ 109.002(a), 263.405(a) (Vernon 2002 & Supp. 2007). In an accelerated appeal, the

notice of appeal must be filed within twenty days after the judgment or order is signed. TEX. R. APP. P. 26.1(b). The appellate court may extend the time to file the notice of appeal, if, within fifteen days after the deadline for filing the notice of appeal, the party files the notice of appeal in the trial court and files in the appellate court a motion for extension of time that complies with the appellate rules. TEX. R. APP. P. 26.3; *see In re K.A.F.*, 160 S.W.3d 923, 926-27 (Tex. 2005).

On November 29, 2007, the Clerk of this Court notified appellant, pursuant to Texas Rule of Appellate Procedure 42.3(a), that her notice of appeal was untimely so that steps could be taken to correct the defect, if it could be done. See TEX. R. APP. P. 37.3, 42.3(b),(c). Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of jurisdiction. Appellant failed to respond to the Court's notice.

Appellant's notice of appeal was untimely, and we lack jurisdiction over this appeal. Because this Court is not authorized to extend the time for perfecting an appeal except as provided by Texas Rules of Appellate Procedure 26.1 and 26.3, we DISMISS the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

PER CURIAM

Memorandum Opinion delivered
and filed this the 10th day of April, 2008.